**Raoul Zaltzberg, Esq.**

Zaltzberg Law
14 Wall Street, 20th Floor
New York, New York 10005

*Attorney at Law*

www.zaltzberglaw.com

(212) 609-1344
(212) 609-1345
Raoul@ZaltzbergLaw.com

---

August 25, 2026

**VIA ELECTRONIC MAIL**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *United States v. Ramon Concepcion*
25 Cr 333 (JPC)

Dear Honorable Judge Cronan,

I write to respectfully request the following:

1. Mr. Concepcion needs his passport in order to renew his CDL license. I ask that he be allowed access to his passport in order to renew his license. On consent on the Government and PTSO Rhyne, he would provide her with documentation of the appointment and return the passport the next day.
2. To also respectfully request a temporary modification of Mr. Concepcion's conditions of release to allow him to travel to Puerto Rico from August 26 to September 6, 2026 to attend a friend's wedding. Pretrial services does not object. The government consents to this request.

At Mr. Concepcion's presentment on August 5, 2025, Magistrate Judge Lehrburger set the following bail conditions:

> $150,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York; surrender all travel documents and make no new applications; continue or seek employment; refrain from opening any new personal or business banking accounts, lines of credit, or loans without approval of pretrial services.

Mr. Concepcion was released on his own signature and met the remaining conditions of the bond by September 3, 2025, as directed. Since his release, he has appeared in court as directed and faithfully complied with all conditions of release. Thank you in advance for your consideration.

Sincerely,
________/s/_____________
Raoul Zaltzberg, Esq.

cc: Counsel of record

The request is granted. Mr. Concepcion shall provide pretrial services with (1) documentation of his license-renewal appointment and return his passport the next day, and (2) a detailed itinerary in advance of his travel to Puerto Rico for the wedding. The Clerk of Court is respectfully directed to close Docket Number 40.
SO ORDERED.
August 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge